Shawn McCoy
13248 Blue Gum Drive
Rancho Cucamonga, CA 91739
(909) 633-4924
**Defendant, In Pro Per**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY DVE           DEPUTY

IFP Submitted

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNSHEN YIN, | Case No. 5:22-cv-00781-JWH-(SHKx) |
| Plaintiff, | |
| vs. | |
| SHAWN MCCOY, | **NOTICE OF REMOVAL** |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that Defendant Shawn McCoy ("Defendant") hereby remove to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On 01/120/2022, JUNSHEN YIN ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of San Bernardino, entitled JUNSHEN YIN. v. BRITTENY POWELL Case No. LLTVA2200243. Defendant's Answer to the complaint for unlawful detainer was based on a

defective Notice to Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, Answer, etc are attached hereto as **Exhibit "A"**.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of San Bernardino is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

6. The complaint for Unlawful Detainer is subject to strict notice requirements.

7. Defendant filed his Demurrer to the complaint based on a defective notice, i.e., the Notice to Pay Rent or Quit, failed to comply with The Protecting Tenants Moratorium Act [1179.10(b)].

8. Federal question exists because Defendant's Answer, a pleading that depends on the determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, Shawn McCoy respectfully remove this action from the California Superior Court for the Los Angeles, this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

**Dated:** 05/06/2022

By: _____
Shawn McCoy
**Defendant, In Pro Per**

# EXHIBIT "A"

**SUM-130**

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BRITTANY POWELL

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JUNSHEN YIN

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

JAN 20 2022

BY _____
SHAWNE KNUTZEN, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, sólo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

**CASE NUMBER** *(Número del caso):*
ULTVA 2200243

The name and address of the court is: San Bernardino County Superior Court
*(El nombre y dirección de la corte es):*
___ Courthouse – Limited Civil
___ ___ Blvd, Fontana, CA 92335

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Bar # 175040
___, Covina, CA 91723    Tel: (626) 441-0568

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

SUM-130

| PLAINTIFF (Nombre): | JUNSHEN YIN | CASE NUMBER: |
|---|---|---|
| DEFENDANT (Nombre): | BRITTANY POWELL | |

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)

4. Unlawful detainer assistant (complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:
   d. County of registration:
   e. Registration no.:
   f. Registration expires on (date):

Date (Fecha): JAN 2 0 2022

Clerk, by (Secretario) _Shayne Hartzen_ , Deputy (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (form POS-010)).

[SEAL]

5. NOTICE TO THE PERSON SERVED: You are served
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant.
   d. [ ] on behalf of (specify):
      under: [ ] CCP 416.10 (corporation).          [ ] CCP 416.60 (minor).
             [ ] CCP 416.20 (defunct corporation).  [ ] CCP 416.70 (conservatee).
             [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
             [ ] CCP 415.46 (occupant).             [ ] other (specify):
   6. [ ] by personal delivery on (date):

SUMMONS—UNLAWFUL DETAINER—EVICTION

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 176640 | FOR COURT USE ONLY |
|---|---|---|
| NAME: John J. Ma, Esq.<br>FIRM NAME: Attorney-at-Law<br>STREET ADDRESS: 170 E. College Street, #4903<br>CITY: Covina, STATE: CA ZIP CODE: 91723<br>TELEPHONE NO.: (626) 441-0558 FAX NO.:<br>EMAIL ADDRESS: asklawma@gmail.com<br>ATTORNEY FOR (name): Junshen Yin | | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>FONTANA DISTRICT<br><br>JAN 20 2022<br><br>BY _____<br>SHAYNE KNUTZEN, DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino<br>STREET ADDRESS: 17780 Arrow Blvd.<br>MAILING ADDRESS: 17780 Arrow Blvd.<br>CITY AND ZIP CODE: Fontana, CA 92335<br>BRANCH NAME: Fontana Courthouse – Limited Civil | | |
| PLAINTIFF: Junshen Yin<br>DEFENDANT: Brittany Powell<br>☐ DOES 1 TO | | |
| **COMPLAINT—UNLAWFUL DETAINER***<br>[X] COMPLAINT ☐ AMENDED COMPLAINT (Amendment Number): | | CASE NUMBER:<br>**LLTVA 2200243** |

**Jurisdiction** *(check all that apply):*

[X] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded [X] does not exceed $10,000.
☐ exceeds $10,000 but does not exceed $25,000.
☐ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*
  ☐ from unlawful detainer to general unlimited civil (possession not in issue).   ☐ from limited to unlimited.
  ☐ from unlawful detainer to general limited civil (possession not in issue).   ☐ from unlimited to limited.

1. PLAINTIFF *(name each):*
   Junshen Yin

   alleges causes of action against DEFENDANT *(name each):*
   Brittany Powell

2. a. Plaintiff is (1) [X] an individual over the age of 18 years.   (4) ☐ a partnership.
      (2) ☐ a public agency.                                        (5) ☐ a corporation.
      (3) ☐ other *(specify):*
   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. The venue is the court named above because defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
      13248 Blue Gum Drive, Rancho Cucamonga, CA 91739, in San Bernardino County

   b. The premises in 3a are *(check one)*
      (1) [X] within the city limits of *(name of city):* Rancho Cucamonga
      (2) ☐ within the unincorporated area of *(name of county):*

   c. The premises in 3a were constructed in *(approximate year):* 2004

4. Plaintiff's interest in the premises is [X] as owner ☐ other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

---

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. September 1, 2020]

**COMPLAINT—UNLAWFUL DETAINER**

Page 1 of 4
Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425.12, 1166
www.courts.ca.gov

|  |  |
|---|---|
| PLAINTIFF: Jonathan Yin | CASE NUMBER: |
| DEFENDANT: Brittany Powell | UD-100 |

6. a. On or about (date): 08/28/2017
   defendant (name each):
   
   Brittany Powell
   
   (1) [ ] agreed to rent the premises as a [ ] month-to-month tenancy [X] other tenancy (specify): 2-years Term
   (2) [ ] agreed to pay rent of $ 3,000 payable [X] monthly [ ] other (specify frequency):
   (3) [ ] agreed to pay rent on the [X] first of the month [ ] other day (specify):
   
   b. This [X] written [ ] oral agreement was made with
   (1) [X] plaintiff. (3) [ ] plaintiff's predecessor in interest.
   (2) [ ] plaintiff's agent. (4) [ ] Other (specify):
   
   c. The defendants not named in item 6a are
   (1) [ ] subtenants.
   (2) [ ] assignees.
   (3) [ ] Other (specify):
   
   d. [ ] The agreement was later changed as follows (specify):
   
   e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
   f. [X] (For residential property) A copy of the written agreement is not attached because (specify reason):
   (1) [X] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. The tenancy described in 6 (complete (a) or (b))
   a. [X] is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is (specify): §1946.2(e)(5) & (8)
   b. [ ] is subject to the Tenant Protection Act of 2019.

8. (Complete only if item 7b is checked. Check all applicable boxes.)
   a. [ ] The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
   b. [ ] The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff (check one)
   (1) [ ] waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
   (2) [ ] provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $ to (name each defendant and amount given to each):
   
   c. [ ] Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. [X] Defendant (name each): Brittany Powell

   was served the following notice on the same date and in the same manner:
   (1) [X] 3-day notice to pay rent or quit    (5) [ ] 3-day notice to perform covenants or quit
   (2) [ ] 30-day notice to quit                    (not applicable if item 7b checked)
   (3) [ ] 60-day notice to quit                (6) [ ] 3-day notice to quit under Civil Code, § 1946.2(c)
   (4) [ ] 3-day notice to quit                       Prior required notice to perform covenants served (date):
                                                 (7) [ ] Other (specify):

September 1, 2020

**COMPLAINT—UNLAWFUL DETAINER**

UD-100

| PLAINTIFF: | Junshen Yin | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Brittany Powell | |

9. b. (1) On *(date):* 01/04/2022  the period stated in the notice checked in 9a expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [x] The notice included an election of forfeiture.
   e. [x] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
   f. [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [x] The notice in item 9a was served on the defendant named in item 9a as follows:
       (1) [ ] By personally handing a copy to defendant on *(date):*
       (2) [ ] By leaving a copy with *(name or description):*
            a person of suitable age and discretion, on *(date):*  at defendant's
            [ ] residence  [ ] business  AND mailing a copy to defendant at defendant's place of residence
            on *(date):*  because defendant cannot be found at defendant's residence or usual place of business.
       (3) [x] By posting a copy on the premises on *(date):* 12/27/2021
            [x] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
            on *(date):* 12/27/2021
            (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
            (b) [x] because no person of suitable age or discretion can be found there.
       (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*
       (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
    b. [ ] *(Name):*
       was served on behalf of all defendants who signed a joint written rental agreement.
    c. [ ] Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
    d. [x] Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
12. [x] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $9,000.00
13. [x] The fair rental value of the premises is $100.00  per day.
14. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*
15. [x] A written agreement between the parties provides for attorney fees.
16. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*




Plaintiff has met all applicable requirements of the ordinances.

17. [ ] Other allegations are stated in Attachment 17.
18. Plaintiff accepts the jurisdictional limit, if any, of the court.

UD-100 [Rev. September 1, 2020]  **COMPLAINT—UNLAWFUL DETAINER**  Page 3 of

| PLAINTIFF: | Junshen Yin | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Brittany Powell | |

**19. PLAINTIFF REQUESTS**

a. possession of the premises.
b. costs incurred in this proceeding;
c. [x] past-due rent of $ 9,000.00
d. [x] reasonable attorney fees.
e. [x] forfeiture of the agreement.
f. [ ] damages in the amount of waived rent or relocation assistance as stated in item 8: $
g. [x] damages at the rate stated in item 13 from date: 01/05/2022 for each day that defendants remain in possession through entry of judgment.
h. [ ] statutory damages up to $600 for the conduct alleged in item 14.
i. [ ] other (specify):

20. [x] Number of pages attached (specify): 3

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

21. [x] (Complete in all cases.) An unlawful detainer assistant [x] did not  [ ] did for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)

a. Assistant's name:
b. Street address, city, and zip code:
c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on (date):

Date: 01/20/2022

John J. Ma
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 20, 2022

Junshen Yin
(TYPE OR PRINT NAME)

▶ Junshen Yin
(SIGNATURE OF PLAINTIFF)

**COMPLAINT—UNLAWFUL DETAINER**

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO. 909-633-4924 | CP10 |
|---|---|---|

SHAWN MCCOY
13248 BLUE GUM DRIVE
RANCHO CUCAMONGA, CA 91739

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

APR 20 2022

BY _____
ELISABETH MARTINEZ, DEPUTY

ATTORNEY FOR (Name): IN PRO PER
NAME OF COURT: Superior Court of California, County of SAN BERNARDINO
STREET ADDRESS: 17780 ARROW BLVD
MAILING ADDRESS: same
CITY AND ZIP CODE: FONTANA, CA 92331
BRANCH NAME: FONTANA

Plaintiff JUNSHEN YIN
Defendant BRITTANY POWELL

CASE NUMBER
LLTVA2200243

(For levying officer use only)
Completed form was received on
Date 4-18-2022  Time 9:11 AM
By X. GARCIA J7943

## CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying form called *Writ of Possession*.
2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed. *(The date is in the accompanying Writ of Possession.)*
3. You still occupy the premises.
4. A Prejudgment Claim of Right to Possession form was NOT served with the *Summons and Complaint*, OR this eviction results from a foreclosure

NOTICE: If you are being evicted because of foreclosure, you have additional rights and should seek legal assistance immediately

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify)*: SHAWN MCCOY

2. I reside at *(street address, unit no., city and ZIP code)*:
   13248 BLUE GUM DRIVE
   RANCHO CUCAMONGA, CA 91739

3. The address of "the premises" subject to this claim is *(address)*:
   13248 BLUE GUM DRIVE, RANCHO CUCAMONGA, CA 91739

   ☐ Check here if this property was foreclosed on.

4. On *(insert date)* 01-20-2022 _____, the owner, landlord, or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Writ of Possession.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the *Writ of Possession*.
9. I understand that if I make this claim of possession, a court hearing will be held to decide whether my claim will be granted.
10. *(Filing fee)* To obtain a court hearing on my claim, I understand that after I present this form to the levying officer I must go to the court and pay a filing fee of $ _____ or file with the court "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees within 2 court days, the court will immediately deny my claim.
11. *(Immediate court hearing unless you deposit 15 days' rent)* To obtain a court hearing on my claim, I understand I must also present a copy of this completed complaint form or a receipt from the levying officer. I also understand the date of my hearing will be set immediately if I do not deliver to the court an amount equal to 15 days' rent.

*(Continued on reverse)*

CP10 [Rev. July 1, 2017]

## CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING

Code of Civil Procedure, §§ 715.010, 715.020, 1174.3

CP10

| Plaintiff | CASE NUMBER |
|---|---|
| Defendant | |

12  I am filing my claim in the following manner (check the box that shows how you are filing your claim. Note that you must deliver to the court a copy of the claim form or a levying officer's receipt):

a  ☐  I presented this claim form to the sheriff, marshal, or other levying officer, AND within two court days I shall deliver to the court the following: (1) a copy of this completed claim form or a receipt, (2) the court filing fee or form for proceeding in forma pauperis, and (3) an amount equal to 15 days' rent; or

b  ☒  I presented this claim form to the sheriff, marshal, or other levying officer, AND within two court days I shall deliver to the court (1) a copy of this completed claim form or a receipt, and (2) the court filing fee or form for proceeding in forma pauperis.

IMPORTANT:  Do not take a copy of this claim form to the court unless you have first given the form to the sheriff, marshal, or other levying officer.

Date of hearing: 04/26/22  
(To be completed by the court)  
Time: 8:00 am   Dept. or Div.: F6   Room:  
Address of court: 17780 ARROW BLVD  
FONTANA, CA 92331

NOTICE: If you fail to appear at this hearing you will be evicted without further hearing.

13  Rental agreement. I have (check all that apply to you):

a  ☐  an oral rental agreement with the landlord.  
b  ☐  a written rental agreement with the landlord.  
c  ☒  an oral rental agreement with a person other than the landlord.  
d  ☐  a written rental agreement with a person other than the landlord.  
e  ☐  a rental agreement with the former owner who lost the property through foreclosure.  
f  ☐  other (explain)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date: 04-15-2022

SHAWN MCCOY  
(TYPE OR PRINT NAME)       (SIGNATURE OF CLAIMANT)

NOTICE: If your claim to possession is found to be valid, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

— NOTICE TO OCCUPANTS —

YOU MUST ACT AT ONCE if all the following are true:

1.  You are NOT named, in the accompanying form called Writ of Possession;
2.  You occupied the premises on or before the date the unlawful detainer (eviction) action was filed; and
3.  You still occupy the premises.
4.  A Prejudgment Claim of Right to Possession form was NOT served with the Summons and Complaint, OR you are being evicted due to foreclosure.

You can complete and SUBMIT THIS CLAIM FORM
(1)  Before the date of eviction at the sheriff's or marshal's office located at (address):

(2)  OR at the premises at the time of the eviction. (Give this form to the officer who comes to evict you.)

If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED along with the parties named in the writ.
After this form is properly filed, A HEARING WILL BE HELD to decide your claim. If you do not appear at the hearing, you will be evicted without a further hearing.

CP10 [Rev. July 1, 2017]

**CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING**

Page two

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]  [Save this form]